1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STSIAPAN LATYSHEVICH,

11            Plaintiff,                    No. CIV S-09-1257 GGH

12        vs.

13   MICHAEL J. ASTRUE,
     Commissioner of Social
14   Security,

15            Defendants.               ORDER TO SHOW CAUSE

16   _____/

17            Plaintiff filed his complaint on May 6, 2009; service was executed upon defendant

18   on August 19, 2009.  On November 17, 2009, defendant filed with this court, and served upon

19   plaintiff by mail, his answer and the administrative transcript.

20            Pursuant to this court's Scheduling Order (and allowing three days for service by

21   mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or

22   remand by January 4, 2010 (45 days after service of the answer and administrative transcript).

23   Plaintiff has done neither, and has not communicated with this court since the filing of his

24   complaint.

25            ACCORDINGLY, plaintiff is ordered to show cause in writing within twenty days

26   of the filed date of this order why this case should not be dismissed for lack of prosecution.

                                          1

1   Failure to <u>timely</u> file the required writing will result in a recommendation that the case be

2   dismissed.

3   DATED: April 14, 2010

4

5                                                           /s/ Gregory G. Hollows

6                                                           _____
                                                            UNITED STATES MAGISTRATE JUDGE

7

8   latyshevich.osc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2