BENJAMIN J. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STSIAPAN LATYSHEVICH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 2:09-CV-01257-GGH<br><br>STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time until July 19, 2010 to respond to Plaintiff's motion for summary judgment.  The extension is needed due to a scheduling conflict in the schedule of Defendant's counsel.

　　　　The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 7, 2010　　　　　　　　/s/ Jesse S. Kaplan
　　　　　　　　　　　　　　　　　　(As authorized telephonically)
　　　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: June 7, 2010　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Bobbie J. Montoya
　　　　　　　　　　　　　　　　　　BOBBIE J. MONTOYA
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　Attorneys for Defendant

## ORDER

Pursuant to the stipulation of the Parties, Defendant's time to respond to Plaintiff's motion for summary judgment is hereby extended to July 19, 2010.

IT IS SO ORDERED.

DATED: June 9, 2010                    /s/ Gregory G. Hollows
                                       _____
                                       United States Magistrate Judge

latyshevich.defeot